UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-24403-KMM

RAYMOND T. MAHLBERG,

    Plaintiff,
v.

NESPRESSO USA, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Pursuant to S.D. Fla. L.R. 16.4, Plaintiff Raymond Mahlberg and Defendant Nespresso USA, Inc. hereby give notice that they have reached a resolution of this matter and are in the process of preparing and executing settlement documents. The Parties respectfully request 45 days to file their stipulation of dismissal with prejudice.

Dated: January 12, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Acacia Barros* | */s/ Paul De Boe* |
| Acacia Barros, Esq. | Paul J. De Boe, Esq. |
| Florida Bar No. 106277 | Florida Bar No. 52051 |
| ab@barroslawfirm.com | paul.deboe@ogletreedeakins.com |
| ACACIA BARROS, P.A. | OGLETREE, DEAKINS, NASH, |
| 11120 N. Kendall Dr., Suite 201 | SMOAK & STEWART, P.C. |
| Miami, FL 33176 | Two Datran Center |
| Telephone: 305.639.8381 | 9130 S. Dadeland Boulevard, Ste. 1625 |
| Facsimile: 786.364.7327 | Miami, Florida 33156 |
| | Telephone: 305.374.0506 |
| | Facsimile: 305.374.0456 |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendant* |

60094789.v1-OGLETREE