UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-24403-KMM

RAYMOND T. MAHLBERG,

    Plaintiff,
v.

NESPRESSO USA, INC.,

    Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Raymond Mahlberg and Defendant Nespresso USA, Inc. hereby stipulate to the dismissal with prejudice of this action, with each party to bear its own attorneys' fees and costs.

Dated: February 26, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/* <br> Acacia Barros, Esq. <br> Florida Bar No. 106277 <br> ab@barroslawfirm.com <br> ACACIA BARROS, P.A. <br> 11120 N. Kendall Dr., Suite 201 <br> Miami, FL 33176 <br> Telephone:  305.639.8381 <br> Facsimile:  786.364.7327 <br><br> *Counsel for Plaintiff* | */s/* <br> Paul J. De Boe, Esq. <br> Florida Bar No. 52051 <br> paul.deboe@ogletreedeakins.com <br> OGLETREE, DEAKINS, NASH, <br> SMOAK & STEWART, P.C. <br> Two Datran Center <br> 9130 S. Dadeland Boulevard, Ste. 1625 <br> Miami, Florida  33156 <br> Telephone:  305.374.0506 <br> Facsimile:  305.374.0456 <br><br> *Counsel for Defendant* |